IN THE UNITED STATES DISTRICT COURT

Oscar David Urrutia,                    PETITIONER

V.                                      23-3010-JWL-JPO

Mark WEICH; Owner of facility - Finney County Jail
Sheriff MIKE WARREN; Administrator of Finney County Jail
Casey Zeigler; Former Attorney of record
Douglas Spencer; Former Attorney of record
Staff Sergeant C. Bates      · LT. Lawson
Deputy Jace Tweedy    · Patrol Sergeant Oscar Espinoza #21
Deputy District Attorney Ricardo Leal
Deputy District Attorney Nick Vrana
Attorney General Derek Schmidt
Governor Laura Kelley,                  DEFENDANTS

## 1983; IN Forma Pauperis

Comes Now, I, Oscar David Urrutia and Movant of this court in PROSE, petition to the Court for its order and shows to the Court in support THEREOF as follows:

While in the Care of the Finney County Jail as a pre-Trial detainee, I have been subjected to violations of my Constitutional rights by all the AFOREMENTIONED DEFENDANTS; All of which I exhausted my remedies by form of grievance, and to no avail.

Howsoever, all were aware of the Many forms of abuse I was undergoing at the hands of Finney County Jail

Staff; i.e., Rape; Sexual Assault; Torture; Defilement; Defamation of Character; Discrimination; Hate Crime; Campaign Harassment; Medical Negligence; Retaliation; Extortion; Racketted; Humiliation; HIPPA Privacy Violations, Just to name a few.

  To further support my claims, enclosed you will find documentary evidence of some of those claims but others may be presented further down the process of the Court's progression, for they would have to be subpoenad due the fact they consist of the facility's Surveillance footage, and Staff's body cam footage, as well as their incident reports and Disciplinary Reports as well, for they all acted under the color of State law.

  I am seeking Justice in forms of: Nominal Damages, Compensatory Damages, and Punitive Damages as well. Therefor, I pray the Court Meticulously uses its Discretion in it's overall ruling.

Respectfully Submitted,

Oscar David Umitia

*(signature)*

1/13/2023

## CERTIFICATE OF SERVICE

Comes Now, I, Oscar David Urrutia, hereby certify that a true and correct copy of the foregoing petition was filed with the Clerk of The United States District Court on this 13th Day of January, 2023.

Oscar David Urrutia
c/o Finney County Jail
304 N. 9th Street
Garden City, Kansas
67846

*Oscar D. Urrutia*
1/12/2023